UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
                                 :   **UNSEALING ORDER**
UNITED STATES OF AMERICA         :
                                 :   S4 21 Cr. 359
      - v. -                     :
                                 :
MAURICIO RENE GARCIA QUIMBAYO    :
    a/k/a "Tony,"                :
    a/k/a "Maurice,"             :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - X

Upon the application of the United States, by United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Sarah L. Kushner;

It is found that Superseding Indictment S4 21 Cr. 359 is currently sealed and the United States Attorney's Office has applied to have the Superseding Indictment unsealed, it is therefore

ORDERED that Superseding Indictment S4 21 Cr. 359 be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       January 20, 2023

                                    _____
                                    HONORABLE BARBARA MOSES
                                    UNITED STATES MAGISTRATE JUDGE