

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 27, 2023

**BY ECF**
The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Jey James Roldan Cardenas* et al., S4, S5, S6 21 Cr. 359 (LAK)

Dear Judge Kaplan:

The Government respectfully requests a three-week extension of the deadline by which it has to transcribe certain recordings previously produced in discovery in this case. Pursuant to the Court's oral order at the conference held on February 8, 2023, the Government currently has until March 22, 2023, to transcribe certain recordings. (Feb. 8 Tr. at 7.) Based on the length of those recordings and their sound quality, the interpreter requires additional time by which to complete those transcriptions. Accordingly, the Government respectfully requests that the deadline be extended to Wednesday, April 12, 2023.[1] The defendants—Jey James Roldan Cardenas, Mauricio Rene Garcia Quimbayo, and Jose Alfredo Aguas Oviedo—all consent. This is the first such request for an extension.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Sarah L. Kushner
Assistant United States Attorney
(212) 637-2676

SO ORDERED Granted

LEWIS A. KAPLAN, USDJ  2/28/23

---

[1] The Government submitted a letter motion earlier today that contained the wrong requested extension date. The Government is requesting to extend the March 22 deadline to April 12 (not April 21), and that is the relief that this revised letter motion is seeking.