

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 19, 2023

**BY EMAIL**
The Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Oscar Gomez Romero,</u> 21 Cr. 359 (LAK)

Dear Judge Aaron:

    The defendant, Oscar Gomez Romero, will arrive later today in this District on an extradition from Colombia. The Government respectfully requests that Superseding Indictments S1 21 Cr. 359 and S7 21 Cr. 359, which are the charging documents against Gomez Romero, be unsealed. A proposed Order is enclosed for the Court's consideration.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    Alexander Li
    Sarah Kushner
    Assistant United States Attorneys
    (212) 637-2265/-2676

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
                                   :   **UNSEALING ORDER**
 UNITED STATES OF AMERICA          :
                                   :   21 Cr. 715
       - v. -                      :
                                   :
 OSCAR GOMEZ ROMERO,               :
                                   :
              Defendant.           :
                                   :
- - - - - - - - - - - - - - - - - :
```

Upon the application of the United States, by United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Alexander Li and Sarah Kushner;

It is found that Superseding Indictments S1 21 Cr. 359 and S7 21 Cr. 359 are currently sealed and the United States Attorney's Office has applied to have the Superseding Indictments unsealed, it is therefore

ORDERED that Superseding Indictments S1 21 Cr. 359 and S7 21 Cr. 359 be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       July 19 , 2023

_____
HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE