

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 29, 2023

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York

Re:   *United States v. Cardenas* et al., 21 Cr. 359 (LAK)

Dear Judge Kaplan:

The Government, with the consent of defendants Jey James Roldan Cardenas, Mauricio Rene Garcia Quimbayo, Jose Alfredo Aguas Oviedo, and Oscar Gomez Romero, respectfully requests that the Court exclude time under the Speedy Trial Act until May 7, 2024, which is the first day of trial in the above-captioned matter as to these defendants. Such an exclusion of time will permit the parties to continue to engage in discussions regarding a potential pretrial resolution of this case and to prepare for trial. The Government respectfully submits that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Alexander Li
Sarah L. Kushner
Assistant United States Attorneys
(212) 637-2265/-2676

Granted for reasons stated

SO ORDERED
LEWIS A. KAPLAN, USDJ