**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 11, 2024

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York

Re:   *United States v. Mauricio Rene Garcia Quimbayo*, S4 21 Cr. 359 (LAK)

Dear Judge Kaplan:

The Government writes to respectfully request that its deadline to file a sentencing submission in the above-referenced case be extended from Thursday, September 12, 2024 to Monday, September 16, 2024. I am presently engaged in trial before the Honorable Kim Berg, and the other Assistant United States Attorney assigned to this case is presently on leave. I anticipate my trial will conclude by Friday, September 13, 2024.

The defendant's sentencing is presently set for September 19, 2024 at 2:30 p.m. Defense counsel does not object to this application.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Alexander Li
Assistant United States Attorney
(212) 637-2265

Granted
SO ORDERED
_____
LEWIS A. KAPLAN, USDJ
9/12/24