**BSF** | BOIES SCHILLER FLEXNER

JOHN T. ZACH
Tel: (212) 303-3648
Email: jzach@bsfllp.com

September 16, 2024

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Mauricio Rene Garcia Quimbayo*, 21 Cr. 359 (LAK)

Dear Judge Kaplan:

We respectfully write the Court to request an adjournment of Mr. Garcia Quimbayo's sentencing date, which is presently scheduled for September 19, 2024, at 2:30 p.m., until early October or another time convenient for the Court.

Pursuant to the Court's scheduling requirements, Mr. Garcia Quimbayo submitted his sentencing submission on September 5, 2024. However, because the Government has been on trial in a different matter, it will be submitting its sentencing submission this evening (the defense consented to the extension of time for that submission). Mr. Garcia Quimbayo presently is detained at the Hudson County Jail in New Jersey. Defense counsel respectfully requests additional time so that it can meet with Mr. Garcia Quimbayo in New Jersey to further prepare for sentencing after receiving the Government's submission and will not be able to do so in advance of Thursday. Accordingly, the defense is seeking this adjournment to fully prepare the defendant for his sentencing.

The Government does not object to Mr. Garcia Quimbayo's request. We apologize to the Court for any inconvenience and appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ *John T. Zach*
John T. Zach

cc:   Counsel of Record

*Sentencing adjourned to 10.2.24 at 10 am*

SO ORDERED
LEWIS A. KAPLAN, USDJ 9/17/24

BOIES SCHILLER FLEXNER
55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com